P. O. MELBY v. SVEN GJESDAHL and Others.[1]

December 7, 1906.

Nos. 14,905—(102).

Appeal by defendant J. O. Peterson from a judgment of the municipal court of Minneapolis for the restitution of certain premises, entered pursuant to the findings and order of C. L. Smith, J. Affirmed.

- Adolph E. L. Johnson, for appellant.

Willoughby M. Babcock, for respondent.

PER CURIAM.

This appeal is without merit. The testimony abundantly showed that defendant and appellant was a tenant of the plaintiff and respondent, and that the landlord was entitled to the possession of the premises. Judgment was properly entered for him in an action for forcible entry and unlawful detainer. The exceptions as to evidence were trivial.

Judgment of restitution is affirmed.